UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ALAN VAN DELAUGHTER #30350-177** | **CIVIL ACTION NO. 25-1437 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN F C I POLLOCK** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 3), noting the absence of any objection, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be DENIED and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 25th day of November, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT